WIJA BUILDING CORPORATION, Appellant, *v.* KAY-WEI BUILDING CORPORATION, Respondent.

(Argued October 15, 1928; decided November 20, 1928.)

*Julius Applebaum* for appellant.

*Wallace T. Stock, Edwin L. Garvin* and *Samuel Weiss* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.